United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH BRUNNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AVALON BAY COMMUNITES INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-03992-SK<br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br>Regarding Docket No. 30 |

### **STIPULATION**

**IT IS HEREBY STIPULATED,** BY AND BETWEEN THE PARTIES TO THE ABOVE-ENTITLED ACTION, through their counsel of record, that good cause exists to remand this case back to state court, Superior Court of California, County of Santa Clara Case with reference to case number 3:21-cv-03992 SK.

**WHEREAS** Plaintiff, SETH BRUNNER is a citizen of California, and the added defendant, DOE 2, DEVCON CONSTRUCTION INCORPORATED, is a citizen of California, the filing of the Plaintiff's First Amended Complaint affects the Court's diversity jurisdiction under 28 U.S.C. 1332.

Plaintiff SETH BRUNNER and Defendant AVALONBAY COMMUNITIES, INC. therefore propose the following order:

　　1.　　To remand the action to state court on the ground that the court lacks jurisdiction because the added defendant (DOE 2) in the Second Amended Complaint, DEVCON CONSTRUCTION INCORPORATED, maintains its principal place of business in California and thereby destroys the complete diversity of citizenship among the parties.

DATED:   July 28, 2022

**SHEA & SHEA**

By: _____
   MICHAEL M. SHEA JR.
   Attorney for Plaintiff

DATED: July 19, 2022

**MANNING GROSS + MASSENBURG LLP**

By: _____
   CARLOS K. POZA
   Counsel for Defendant
   AVALONBAY COMMUNITIES, INC.

## **ORDER**

Good cause appearing, the Court HEREBY GRANTS the stipulation of the parties to remand the action to state court on the ground that the court lacks jurisdiction because the added defendant (DOE 2) in the Second Amended Complaint, DEVCON CONSTRUCTION INCORPORATED, maintains its principal place of business in California and thereby destroys the complete diversity of citizenship among the parties. The Court ORDERS that the case be REMANDED. The Clerk of Court is directed to transfer the case and close the file.

**IT IS SO ORDERED**.

Dated: July 28, 2022

_____
SALLIE KIM
United States Magistrate Judge